UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMTRICE L. STOKES,

    Plaintiff,        Case No. 1:13-cv-481

v.               HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act (Dkt 17). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 13, 2014, recommending that this Court grant in part and deny in part Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 20) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act (Dkt 17) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded three-thousand, eighty-seven dollars and fifty cents ($3,087.50) in fees, which shall be paid directly to Plaintiff.

Dated: March 6, 2014        /s/Janet T. Neff
                JANET T. NEFF
                United States District Judge